U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 4 2015

TONY R. MOORE, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | DOCKET NO. 6:15CR00209-01 |
| | * | 18 U.S.C. § 371 |
| | * | 18 U.S.C. § 545 |
| VERSUS | * | 21 U.S.C. § 841(a)(1) |
| | * | 18 U.S.C. § 982 |
| | * | 21 U.S.C. § 853 |
| | * | |
| MICHAEL MUNRO JR. | * | JUDGE Haik |
| | * | |
| | * | MAGISTRATE JUDGE Whitehurst |

## I N D I C T M E N T

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1

### CONSPIRACY TO SMUGGLE GOODS INTO THE UNITED STATES

### 18 U.S.C. 371

I.  AT ALL TIMES MATERIAL HEREIN:

A.  The Defendant, Michael Munro Jr. lived in the Western District of
Louisiana.

B.  The Defendant, Michael Munro Jr. used the internet to purchase
schedule II and IV controlled substances from overseas. Specifically,
the Defendant, Michael Munro Jr. purchased Alprazolam, a Schedule

IV controlled substance and Oxycodone, a Schedule II controlled substance, and had said controlled substances shipped from unindicted coconspirators in India to the Western District of Louisiana for further distribution within the Western District of Louisiana.

C.     The Defendant, Michael Munro Jr. utilized websites known as "EVOLUTION" and "SILKROAD" within The Onion Router (TOR) to purchase all of the above described controlled substances.

D.     The Defendant, Michael Munro Jr. used an internet currency known as BITCOINS, purchased from Localbitcoin.com, to facilitate the purchases of the above described controlled substances.

E.     After receiving the controlled dangerous substances, the Defendant, Michael Munro Jr., using unindicted coconspirators, distributed the controlled dangerous substances throughout the Western District of Louisiana.

## II.   THE CHARGE

Beginning on a date unknown, but no later than March 2014 and continuing until on or about the 20th day of July 2015, in the Western District of Louisiana and elsewhere the defendant, Michael Munro Jr. did knowingly and intentionally conspire, confederate, and agree together and with others both known and unknown to the Grand Jury to commit the crime of smuggling, in violation of Title 18, United States Code, Section 545.

III.    OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects thereof, the defendant, Michael Munro Jr., and other unindicted coconspirators committed and caused the commission of the following overt acts: Counts Two and Three are incorporated herein as over acts, all in violation of Title 18, United States Code, Section 371. [18 U.S.C. § 371]

## COUNT 2

## SMUGGLING CONTROLLED SUBSTANCES

## 18 U.S.C. § 545

On or about the 14th day of November 2014, in the Western District of Louisiana, the defendant, Michael Munro Jr., did knowingly import, transport, and conceal and facilitate the importation, transportation, and concealment, of merchandise, to wit schedule IV controlled dangerous substance, into the United States, contrary to law, all in violation of Title 18, United States Code, Section 545. [18 U.S.C. § 545, 2]

COUNT 3

SMUGGLING CONTROLLED SUBSTANCES

18 U.S.C. § 545

On or about the 16th day of July 2015, in the Western District of Louisiana, the defendant, Michael Munro Jr., did knowingly import, transport, and conceal and facilitate the importation, transportation, and concealment, of merchandise, to wit schedule II controlled substance, into the United States, contrary to law, all in violation of Title 18, United States Code, Section 545. [18 U.S.C. § 545, 2]

COUNT 4

POSSESSION WITH INTENT DISTRIBUTE SCHEUDLE IV NARCOTICS

21 U.S.C. 841(a)(1)

On or about the 25th day of November 2014, within the Western District of Louisiana, the defendant, Michael Munro Jr., did knowingly and intentionally possess with the intent to distribute pills containing a detectable amount of Alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E). [21 U.S.C. §§ 841(a)(1), (b)(1)(E)].

COUNT 5

POSSESSION WITH INTENT DISTRIBUTE SCHEUDLE II NARCOTICS

21 U.S.C. 841(a)(1)

On or about the 20th day of July 2015, within the Western District of Louisiana, the defendant, Michael Munro Jr., did knowingly and intentionally possess with the intent to distribute pills containing a detectable amount of Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E). [21 U.S.C. §§ 841(a)(1), (b)(1)(E)].

FORFEITURE ALLEGATIONS

18 U.S.C. § 982 21 U.S.C. § 853

1.     The allegations of Counts One, Two, and Three of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

2.     The allegations of Counts Four and Five of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

3.     As a result of the offenses alleged in Counts One, Two, and Three, the defendant, MICHAEL MUNRO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all property constituting or

5

derived from proceeds the defendant obtained directly or indirectly as a result of the said violations alleged in Counts One, Two, and Three of this Indictment.

4.    As a result of the offenses alleged in Counts Four and Five, the defendant, MICHAEL MUNRO, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Counts Four and Five of this Indictment.

All in violation of Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853. [18 U.S.C. § 982, 21 U.S.C. § 853].

A TRUE BILL:

FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

By: _____
ROBERT F. MOORE (Bar No. 31884)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-6832
Telephone: (337) 262-6618

6