RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 3/31/16
BY gbr

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:15-CR-00209-1 |
| VERSUS | JUDGE DRELL |
| MICHAEL MONRO, JR. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the guilty plea of the defendant, Michael Monro, Jr., is accepted, and Michael Monro, Jr. is finally adjudged guilty of the offense charged in charged in Counts Two and Four of the Indictment, consistent with the report and recommendation.

Alexandria, Louisiana, this 31st day of March, 2016.

_____
DEE D. DRELL, CHIEF JUDGE
United States District Court